**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 479 EAL 2020

          Respondent              :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

          v.                                :

                                    :

DERRICK FORD,                     :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.